UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**HELEN TICKANEN, et al.,**

        Plaintiffs,

        v.         Case No. **05-C-935**

**HARRIS & HARRIS, LTD.,**

        Defendants.

## ORDER

On August 30, 2006, the defendant, Harris & Harris, Ltd. ("Harris"), filed a motion seeking to stay discovery pending this court's ruling on its motion to compel arbitration. The defendant's motion to compel arbitration was fully briefed on May 23, 2006, and since that time, the plaintiffs allege, the defendants have refused to cooperate in discovery. On August 30, 2006, pursuant to Civil Local Rule 7.4, Harris filed a motion to stay discovery and the plaintiffs filed a motion to compel discovery. On September 5, 2006, Harris responded to the plaintiff's motion. The plaintiffs have elected not to respond to Harris' motion. The pleadings on these motions are closed the matters are ready for resolution.

Pursuant to this court's scheduling order dated March 17, 2006, the discovery deadline was October 30, 2006, and motions for class certification and dispositive motions were to be filed no later than December 30, 2006. However, the court believes that the defendant's motion to compel arbitration should be resolved before the parties engage in discovery in this case. Even though some discovery will be required if the matter proceeds to arbitration, the nature and extent of such discovery would be more limited than discovery for a cause of action under the FDCPA which includes class certification.

**IT IS THEREFORE ORDERED** that the defendant's motion to stay discovery is **granted**.

**IT IS FURTHER ORDERED** that the plaintiffs' motion to compel discovery is **denied**.

**IT IS FURTHER ORDERED** that the court's previously established deadlines of October 30, 2006 for discovery and December 30, 2006 for the filing of motions for class certification and dispositive motions are **withdrawn.** New dates shall be established, as necessary, upon the court's resolution of the defendant's motion to compel arbitration.

Dated at Milwaukee, Wisconsin, this <u>8th</u> day of September, 2006.

                                                               _____
                                                               s/AARON E. GOODSTEIN
                                                               United States Magistrate Judge